PROB 12C
(6/16)

Report Date: August 12, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 13, 2025**

SEAN F. McAVOY, CLERK

ECF No. 60

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Clifton Zachary Steelman | Case Number: 0980 4:23CR06007-SAB-1 |

Address of Offender: ███████████████, Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2023

Original Offense:   Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(C)

| | | |
|---|---|---|
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: April 9, 2025 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: April 8, 2028 |

---

### PETITIONING THE COURT

To issue a warrant.

On April 11, 2025, a probation officer reviewed with Mr. Steelman all the conditions to which he is subject to while on supervised release. Mr. Steelman verbalized an understanding of those conditions, and signed a copy of his judgement and conditions memorializing that statement. He was provided a copy for his reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Steelman violated the conditions of his supervised release by consuming methamphetamine between July 12 and 14, 2025. |
| | On July 14, 2025, Mr. Steelman provided a urine sample that was presumptive positive for methamphetamine. The sample was sent to the laboratory for analysis and subsequently confirmed positive for the substance. After being confronted with this positive urinalysis, Mr. Steelman admitted to the use of methamphetamine on July 12, 2025, as evidenced by an admission form signed by the offender on July 24, 2025. |

Prob12C
**Re: Steelman, Clifton Zachary**
**August 12, 2025**
**Page 2**

|   |   |   |
|---|---|---|
| 2 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Steelman violated the conditions of his supervised release by consuming methamphetamine on or about July 25, 2025.

On July 25, 2025, Mr. Steelman reported to Life Renewal for a random urinalysis. He provided a sample that was presumptive positive for methamphetamine. The sample was sent to the laboratory for analysis and later confirmed positive for methamphetamine.

3   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Steelman violated the conditions of his supervised release by consuming methamphetamine on or about July 26, 2025.

On July 28, 2025, Mr. Steelman reported to the probation officer that he was struggling to abstain from methamphetamine and had been consuming the substance "pretty close" to every day. At that time, Mr. Steelman signed an admission form admitting to last using methamphetamine on July 26, 2025.

4   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Steelman violated the conditions of his supervised release by consuming methamphetamine on or about July 27, 2025.

On August 1, 2025, Mr. Steelman reported to Life Renewal for a random urinalysis. The sample he provided was presumptive positive for methamphetamine, and he subsequently signed an admission form admitting to have used methamphetamine on July 27, 2025.

5   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Steelman violated the conditions of his supervised release by consuming methamphetamine on or about August 5, 2025.

On August 5, 2025, Mr. Steelman reported to the probation office and provided a urine sample that was presumptive positive for methamphetamine. Mr. Steelman adamantly denied any use since July 27, 2025. The sample was sent to the laboratory for confirmation, but a response has yet to be received as of this writing.

Prob12C
**Re: Steelman, Clifton Zachary**
**August 12, 2025**
Page 3

| | |
|---|---|
| 6 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Steelman violated the conditions of his supervised release by consuming methamphetamine on or about August 11, 2025.

On August 11, 2025, Mr. Steelman reported to the probation office and provided a urine sample that was presumptive positive for methamphetamine. Mr. Steelman adamantly denied any use since July 27, 2025. The sample was sent to the laboratory for confirmation, but a response has yet to be received as of this writing.

| | |
|---|---|
| 7 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged Mr. Steelman violated the conditions of his supervised release by failing to successfully complete an approved substance abuse treatment program.

Mr. Steelman was actively participating in intensive outpatient treatment at Life Renewal in Pasco, Washington. After multiple positive urinalyses and an admission that he was using nearly every day, it was recommended that he enter inpatient treatment, which he refused. In addition to his refusal to follow the recommendations of the treatment facility, Mr. Steelman was disallowed from the group treatment setting after he made an admission that he previously falsified his self-help group attendance logs and told his counselor that if the Court or the probation officer were to find out, she should "remember" he knows what car she drives. This threatening behavior, coupled with his refusal to attend inpatient, caused Mr. Steelman to be unsuccessfully terminated from treatment services at Life Renewal.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 12, 2025

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

Prob12C
Re: Steelman, Clifton Zachary
August 12, 2025
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

8/13/2025
Date