PROB 12C
(6/16)

Report Date:  January 16, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

1/16/26

SEAN F. McAVOY, CLERK

Name of Offender: Clifton Zachary Steelman    Case Number: 0980 4:23CR06007-SAB-1

Address of Offender: ███████████████████████ Richland, WA 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2023

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 27 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 22, 2025) | Prison - 28 days;<br>TSR - 33 months | |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: September 24, 2025 |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: June 23, 2028 |

## PETITIONING THE COURT

To issue a summons.

On April 11, 2025, a probation officer reviewed with Mr. Steelman all the conditions to which he is subject while on supervised release. Mr. Steelman verbalized an understanding of those conditions and signed a copy of his judgement and conditions memorializing that statement. He was provided a copy for his records and reference.

At his revocation hearing on September 22, 2025, the Court ordered Mr. Steelman to time served, followed by 33 months supervised release. At that time, a special condition was added that Mr. Steelman complete inpatient substance abuse treatment. On January 15, 2026, upon his release from inpatient treatment, his conditions of supervision were again reviewed and he indicated an understanding of them and signed a copy of his judgement.

The probation officer believes that Mr. Steelman has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |

Prob12C
**Re: Steelman, Clifton Zachary**
**January 16, 2026**
**Page 2**

**Supporting Evidence**: Mr. Steelman is considered to be in violation of his supervised release by failing to complete inpatient substance abuse treatment on or about January 7, 2026.

Mr. Steelman entered into intensive inpatient treatment at Key Recovery and Life Skills Center in Seattle, Washington, on September 24, 2025, following his release from U.S. Marshals custody. On January 6, 2026, Mr. Steelman and his treatment provider informed the probation officer that he was set to graduate the program on January 8, 2026; however, on January 7, 2026, the probation officer was notified that Mr. Steelman was administratively discharged, without successful completion, due to violations of facility rules.

Mr. Steelman's counselor informed the probation officer Mr. Steelman had previously engaged in a forbidden relationship with a female client. He was warned that this was against facility policy and was instructed to terminate the relationship immediately. On the night of January 6, 2026, facility staff again caught Mr. Steelman and the female client engaged in prohibited contact. Due to his previous warning, he was administratively discharged the following day for violating facility rules and did not successfully graduate the program.

2  **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Steelman is considered to be in violation of his supervised release by knowingly leaving the Eastern District of Washington, on or about January 10, 2026.

Following his release from inpatient treatment on January 7, 2026, Mr. Steelman informed the probation officer that he would be returning to Richland, Washington, on January 9, 2026. On January 10, 2026, a trooper with the Montana Highway Patrol contacted the probation officer and informed that Mr. Steelman was pulled over for traffic violations in Flathead County, Montana. He was cited for careless driving and operating without liability insurance. A copy of the party summary report from Flathead County Justice Court confirmed the trooper's statements and verified Mr. Steelman as the cited individual. Mr. Steelman had no prior authorization to leave the Eastern District of Washington.

Mr. Steelman was confronted about his travel to Montana during an office appointment on January 15, 2026, and admitted he left the Eastern District of Washington without permission and knew that doing so was a violation of his supervised release conditions.

3  **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Steelman is considered to be in violation of his supervised release by failing to notify the probation officer of his January 10, 2026, contact with law enforcement, namely Montana Highway Patrol, within 72 hours.

As further enumerated in the supporting evidence for violation 2, Mr. Steelman had verified contact with the Montana Highway Patrol on or about January 10, 2026. Mr. Steelman failed to notify the probation officer of this contact until confronted about it during an office

**Prob12C**
**Re: Steelman, Clifton Zachary**
**January 16, 2026**
**Page 3**

appointment on January 15, 2026. While Mr. Steelman offered that he was planning to inform the probation officer of his contact with law enforcement during the appointment, he acknowledged knowing his supervised release conditions require him to do so within 72 hours of the contact.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | January 16, 2026 |
| | s/Ashleigh Miller |
| | Ashleigh Miller<br>U.S. Probation Officer |

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/16/2026

Date