PROB 12C
(6/16)

Report Date: February 2, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2/3/26

SEAN F. McAVOY, CLERK

Name of Offender: Clifton Zachary Steelman     Case Number: 0980 4:23CR06007-SAB-1

Address of Offender: ███████████████████████ Richland, Washington

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2023

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (September 22, 2025) | Prison - 28 days; TSR - 33 months | |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: September 24, 2025 |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: June 23, 2028 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the alleged violations enumerated herein with all previous allegations reported on January 16, 2026, and now pending before the Court.

On January 15, 2026, following his release from long-term inpatient substance abuse treatment, the probation officer reviewed with Mr. Steelman all the conditions to which he is subject while on supervised release. Mr. Steelman verbalized an understanding of those conditions and signed a copy of his judgement and conditions memorializing that statement. He was provided a copy for his records and reference.

The probation officer believes that Mr. Steelman has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Steelman is considered to be in violation of his supervised release conditions by having consumed methamphetamine on or about January 18, 2026. |

Prob12C
**Re: Steelman, Clifton Zachary**
**February 2, 2026**
**Page 2**

On January 22, 2026, Mr. Steelman reported to the probation office as instructed. He submitted a urine sample for testing that was suspected to be dilute, as it was extremely clear, and came back negative even for his prescribed medications. He was asked to remain in the lobby until he could provide a second sample for testing. A short while later, Mr. Steelman submitted a second urine sample that was presumptive positive for his prescribed medications as well as methamphetamine and amphetamine. Initially, Mr. Steelman adamantly denied any use of illicit substances, but eventually admitted he relapsed earlier in the week. He subsequently signed an admission indicating he used methamphetamine on or about January 18, 2026.

5  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Steelman is considered to be in violation of his supervised release conditions by having consumed methamphetamine on or about January 23, 2026.

On January 26, 2026, Mr. Steelman reported to the probation office as instructed. He submitted a urine sample for testing that was presumptive positive for methamphetamine. He subsequently signed an admission indicating he used methamphetamine on or about January 23, 2026.

6  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Steelman is considered to be in violation of his supervised release conditions by having consumed methamphetamine on or about January 27, 2026.

On January 29, 2026, Mr. Steelman reported to the probation office as instructed. He submitted a urine sample for testing that was presumptive positive for methamphetamine and fentanyl. He adamantly denied any intentional use of fentanyl, but he admitted to ingesting methamphetamine and signed an admission indicating he used the substance on or about January 27, 2026. The sample was sent to the laboratory for analysis to determine the presence of fentanyl, but a response has yet to be received as of this writing.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 2, 2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

Prob12C
**Re: Steelman, Clifton Zachary**
**February 2, 2026**
Page 3

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stan Bastian*
Signature of Judicial Officer

2/3/2026
Date